[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13514
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00055-ACC-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL RODRIGUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 15, 2013)

Before MARTIN, JORDAN and FAY, Circuit Judges

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Angel Rodriguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rodriguez's conviction and sentence are **AFFIRMED**.